

IN THE
TENTH COURT OF APPEALS

No. 10-16-00168-CV

IN THE INTEREST OF K.L.T. AND T.K.T., CHILDREN

From the 66th District Court
Hill County, Texas
Trial Court No. 50574

MEMORANDUM  OPINION

Jeremy Kyle Timmons appeals the "final decision of the parent modification" of K.L.T. and T.K.T.  By letter dated May 26, 2016, the Clerk of the Court notified Timmons that he must complete the docketing statement and return it to us within twenty-one days.  *See* TEX. R. APP. P. 32.  By letter dated June 24, 2016, the Clerk of the Court notified Timmons that the docketing statement had not been received and that the docketing statement must be filed within twenty-one days from the date of the letter.  In the same letter, the Clerk warned Timmons that the appeal would be dismissed unless the docketing statement was filed within the time period specified.  *See id.* 42.3(b), (c).

More than twenty-one days have passed, and we have not received the docketing statement from Timmons.  Accordingly, this appeal is dismissed.  *See id.*

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 3, 2016
[CV06]

